UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

             Plaintiff,                  ORDER

      vs                          1:03-CR-93 (1)

LARRY G. WATKINS, JR.

             Defendant.

─────────────────────────────

    The total sum of $3,500.00 was deposited in the Registry of this Court on July 30 & 31, 2002 by Joyce Stines, the Surety herein, to secure the appearance before this Court of Larry G. Watkins, Jr., Defendant herein, to answer to charges pending against him.

    On January 18, 2005, before the Hon. William M. Skretny, the defendant pled guilty and on May 20, 2005 was sentenced to the custody of the Bureau of Prisons for a term of 120 months, followed by supervised release for 5 years.  The Defendant was also ordered to pay a $100.00 special penalty assessment which has not yet been paid.

    N O W, pursuant to the Order of the Hon. Carl L. Bucki, United States Bankruptcy Court Judge for the Western District of New York, filed June 22, 2005 and served upon the Clerk of this Court, these bail monies have been found to be the property of the bankrupt estate of Joyce A. Stines, the Surety herein.  Therefore, it is

    O R D E R E D, that the Clerk of the Court is hereby directed to issue a U.S. Treasury check payable to William E. Lawson as

Trustee for Joyce A. Stines, in the mount of $3,500.00 representing the disposition of said cash bail.

s/William M. Skretny
WILLIAM M. SKRETNY
UNITED STATES DISTRICT JUDGE

Dated:      July 9, 2005
            Buffalo, New York